UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN ZINC ASSOCIATION**<br>2025 M St., N.W.<br>Suite 800<br>Washington, D.C. 20036<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF COMMERCE**<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230<br><br><br><br>**Defendant.** | Civil Action No. 08-0538 (EGS)<br>**Electronic Case Filing** |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Mercedeh Momeni** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of April 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

>    **CHARLES D. TOBIN**
>    Holland and Knight LLP
>    2099 Pennsylvania Avenue, N.W.
>    Suite 100
>    Washington, D.C.  20006

>    __/s/_____
>    MERCEDEH MOMENI
>    Assistant United States Attorney
>    555 4th Street, N.W.
>    Washington, D.C.  20530
>    (202) 305-4851
>    (202) 514-8780 (facsimile)