# UNITED STATES DISTRICT COURT
## District of Columbia

American Zinc Association,

                Plaintiff,

        V.

United States Department of Commerce

                Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00538
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/28/2008
Description: FOIA/Privacy Act

CASE

TO: (Name and address of Defendant)

Michael B. Mukasey
United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 2 8 2008

CLERK                                                              DATE

(By) DEPUTY CLERK