AO 440 (Rev. September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Zinc Association,

        Plaintiff,

V.

United States Department of Commerce,

        Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00538
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/28/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within   30   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      MAR 2 8 2008

CLERK      DATE

(By) DEPUTY CLERK