U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Zinc Association

vs.

United States Department of Commerce

No. 1:08-CV-00538 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief; Exhibits; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:30 pm on March 31, 2008, I served Michael B. Mukasey, United States Attorney General at 950 Pennsylvania Avenue, NW, Room BLL/206, Washington, DC 20530 by serving Willo T. Lee, General Clerk, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    58
 HEIGHT-    5'8"
   HAIR-    BROWN
 WEIGHT-    170
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  4-1-08
             Date

_Wesley Jennings_
WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 204443

AO 440 (Rev. DC September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Zinc Association,

           Plaintiff,

V.

United States Department of Commerce

           Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00538
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/28/2008
Description: FOIA/Privacy Act

CASE

TO: (Name and address of Defendant)

Michael B. Mukasey
United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 2 8 2008

CLERK                                              DATE

(By) DEPUTY CLERK