U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Zinc Association

vs.

United States Department of Commerce

No. 1:08-CV-00538 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief; Exhibits; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:02 pm on April 1, 2008, I served United States Department of Commerce at Office of the General Counsel, 1401 Constitution Avenue, NW, Washington, DC 20230 by serving Kim Taylor, Administrative Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    40
HEIGHT-    5'10"
  HAIR-    BLACK
WEIGHT-    165
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on __4-3-08__
             Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 204442

# UNITED STATES DISTRICT COURT
## District of Columbia

American Zinc Association,

                Plaintiff,                      **SUMMONS IN A CIVIL CASE**

      V.

United States Department of Commerce

                Defendant.

CASE     Case: 1:08-cv-00538
            Assigned To : Sullivan, Emmet G.
            Assign. Date : 3/28/2008
            Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

United States Department of Commerce
Office of the General Counsel
1401 Constitution Ave., N.W.
Washington, D.C. 20230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON           MAR 2 8 2008
CLERK                                                          DATE

_____
(By) DEPUTY CLERK