UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ZINC ASSOCIATION )<br>)<br>              **Plaintiff,** )<br>)<br>    v.                                  )<br>)<br>UNITED STATES DEPARTMENT OF )<br>COMMERCE )<br>)<br>              **Defendant.** )<br>_____) | Civil Action No. 08-0538 (EGS)<br>Electronic Case Filing |

**MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, United States Department of Commerce ("DOC"), by and through undersigned counsel, hereby moves for a forty five-day extension of time to file its answer or otherwise respond to Plaintiff's complaint, through and including June 16, 2008. Good cause exists to grant this motion.

1. Defendant's answer is due on May 1, 2008.

2. Defendant requires additional time to answer or otherwise respond to Plaintiff's complaint, which alleges violations of the Freedom of Information Act ("FOIA"). Undersigned counsel has been advised by the DOC that although over 500 responsive pages have been released to date, additional time is needed to complete the review of responsive information to Plaintiff's FOIA request. Certain responsive documents, or portions thereof, originated with other Federal agencies, including the United State Department of State, the Counsel on Environmental Quality, Office of the Federal Environmental Executive, and the United States Environmental Protection Agency. Documents originating with other government agencies must be referred to those agencies for direct response to the Plaintiff. In addition, the DOC's Office of the General Counsel is reviewing documents as part of Plaintiff's administrative appeal.

Therefore, this extension will enable the DOC and other agencies to complete processing the responses to Plaintiff's FOIA request and possibly avoid further litigation.

    3.  The DOC estimates that it will require approximately 45 days to complete the above-mentioned process.[1]

    4. Pursuant to Local Rule 7(m) counsel for the parties have conferred via telephone and counsel for Plaintiff graciously consents to the relief sought.

    5.  This is the first request made for an extension of this deadline.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the response to the complaint be extended to June 16, 2008.  A minute order is requested.

                      Respectfully submitted,

                        _____/s/_____
                      JEFFREY A. TAYLOR, D.C. Bar No. 498610
                      United States Attorney

                      _____/s/_____
                      RUDOLPH CONTRERAS, D.C. BAR No. 434122
                      Assistant United States Attorney

                      _____/s/_____
                      MERCEDEH MOMENI
                      Assistant United States Attorney
                      Civil Division
                      555 4th Street, N. W.
                      Washington, D.C.  20530
                      (202) 305-4851

---

    [1]  Defendant notes that the 45 days requested is a good faith estimate.  DOC has been and continues to experience a significant backlog of FOIA administrative appeals.  As of April 23, 2008, 86 FOIA administrative appeals were awaiting adjudication by the DOC's Office of the General Counsel.  To handle the backlog of FOIA appeals, DOC follows guidance set forth in *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).  Pursuant to this decision, agencies may adjudicate the appeals on a first-in, first-out basis.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2008, I caused the foregoing *Motion to Extend Time* to be served on parties of record via the Court's Electronic Case Filing System.

/s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)