**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERICAN ZINC ASSOCIATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 08-0538 (EGS)** |
| | ) | **Electronic Case Filing** |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **COMMERCE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO EXTEND TIME TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, United States Department of Commerce ("DOC" or the "Department"), by and through undersigned counsel, hereby moves for extension of time to file its answer or otherwise respond to Plaintiff's complaint, through and including July 18, 2008.  Good cause exists to grant this motion.

1. DOC's response to Plaintiff's complaint is due on June 16, 2008.

2. Defendant requires additional time to respond to Plaintiff's complaint, which alleges violations of the Freedom of Information Act ("FOIA").  DOC's Office of the General Counsel has now completed its review of documents, as part of Plaintiff's administrative appeal, and released 70 additional documents in their entirety.  *See* Exh. 1, June 9, 2008 Coe Letter to Vary. Certain additional documents were withheld, in part,[1] and the Department intends to release the segregable portions of those documents on this date.  Further, undersigned counsel has been advised that certain responsive documents, or portions thereof, originating with the United State

---

[1] Other documents were withheld in full and the Department has offered to hold discussions with Plaintiff about its withholdings.

Department of State, and the Council on Environmental Quality, were referred to those agencies, and that the DOC has diligently worked in cooperation with those agencies to expedite the processing and release of responsive, non-exempt documents.  The Department anticipates releasing those additional documents on this date, also.  Moreover, *Vaughn* indices are currently being prepared.

3.  DOC estimates that it will require a short time to complete the above-mentioned processes.  After Plaintiff has had an opportunity to review the last set of documents, released on this date, DOC hopes to engage the Plaintiff in a discussion, with an eye toward avoiding motions practice and imposing upon the Court's limited resources.  Therefore, additional time will enable the DOC and other agencies to further coordinate their efforts and work with undersigned counsel to resolve all issues, and possibly avoid further litigation.  Should the parties be unable to reach an agreement, the Department intends to file an appropriate response to Plaintiff's FOIA complaint on or before July 18, 2008.

4.  Pursuant to Local Rule 7(m) counsel for the parties have conferred via telephone and electronic mail.  Counsel for Plaintiff advise that they do not consent to the relief sought.

5.  This is the second request made for an extension of this deadline.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the response to the complaint be extended to July 18, 2008.  A minute order is requested.

Respectfully submitted,

/s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


/s/ *Mercedeh Momeni*
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 305-4851


## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2008, I caused the foregoing *Motion to Extend Time* to be served on parties of record via the Court's Electronic Case Filing System.


/s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)



**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
Washington, D.C. 20230

George Vary
Executive Director
American Zinc Institute
2025 M Street, NW
Suite 800
Washington, DC 20036

**JUN 0 9 2008**

Dear Mr. Vary,

Enclosed please find 70 documents that are being released to you in their entirety, in response to your July 10, 2006 Freedom of Information Act (FOIA) appeal. Additional documents are being withheld in full or in part pursuant to FOIA exemption (b)(5), which protects from disclosure information that is predecisional and deliberative in nature. Finally, four documents have been referred to the Department of State, and seven have been referred to the Center for Environmental Quality for disclosure determinations.

With respect to any documents partially withheld, the segregable portions of those documents will be sent to you under separate cover as soon as they are processed. Any fully withheld documents and withheld portions of documents will be addressed in the Department's <u>Vaughn</u> Index, to be filed with the Court at a later date.

If you have any questions, please feel free to contact me.

Sincerely,

Sarah E. Coe
Senior Counsel

Enclosures

cc:   Mercedeh Momeni (w/o enclosures)

GOVERNMENT EXHIBIT

1