UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERICAN ZINC ASSOCIATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 08-0538 (EGS) |
| **UNITED STATES DEPARTMENT OF COMMERCE,** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Judith F. Bonilla as counsel for Plaintiff American Zinc Association in the above-captioned case.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Judith F. Bonilla (Bar No. 473190)
                                      Holland & Knight LLP
                                      2099 Pennsylvania Avenue, N.W.
                                      Suite 100
                                      Washington, D.C. 20006
                                      (202) 955-3000  Phone
                                      (202) 955-5564  Fax

                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2008, a true and correct copy of the foregoing was served on parties of record via the Court's Electronic Case Filing System.

                                                      /s/
                                        Judith F. Bonilla

# 5504089_v1