UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN ZINC ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> COMMERCE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 08-0538 (EGS) |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND TO ADOPT A PROPOSED BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff American Zinc Association ("AZA"), by and through undersigned counsel, hereby moves for a two-week extension of the time to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment. There is good cause to grant this motion. Plaintiff recently received the Department's Vaughn index and requires additional time to review the documents released by the Department with the aid of the index. In addition, Plaintiff intends to simultaneously file a cross motion for summary judgment and thus additional time is necessary to complete the briefing. This is the first request made for an extension of this deadline.

Furthermore, in the event that the extension is granted, the parties have agreed to a proposed briefing schedule for the remainder of the summary judgment briefing and request that the Court adopt the following schedule:

- AZA's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment will be due on August 15, 2008.

- The Department's Reply in Support of Its Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment will be due on September 16, 2008.

- AZA's Reply in Support of Its Cross Motion for Summary Judgment will be due on October 7, 2008.

WHEREFORE, Plaintiff AZA requests that this motion be granted, and that the Court adopt the proposed briefing schedule as set forth herein.

Respectfully submitted,

_____/s/_____
Charles D. Tobin (Bar No. 15919)
Judith F. Bonilla (Bar No. 473190)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000  Phone
(202) 955-5564  Fax

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2008, a true and correct copy of the foregoing was served on parties of record via the Court's Electronic Case Filing System.

                                                        /s/
                                    Judith F. Bonilla

# 5498798_v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN ZINC ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-0538 (EGS) |
| UNITED STATES DEPARTMENT OF COMMERCE, | ) ) ) ) | |
| Defendant. | ) ) | |

**PROPOSED ORDER GRANTING THE CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO ADOPT A PROPOSED BRIEFING SCHEDULE**

Upon consideration of the Consent Motion to Extend Time to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment and to Adopt the Proposed Briefing Schedule, the Court finding that good cause exists to grant the motion, it is this ___ day of July, 2008, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the following deadlines govern the remainder of summary judgment briefing in this action:

- Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment will be due on August 15, 2008.

- The Defendant's Reply in Support of Its Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment will be due on September 16, 2008.

- Plaintiff's Reply in Support of Its Cross Motion for Summary Judgment will be due on October 7, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to all parties via ECF.

# 5498798_v1